# Notice Recipients

| District/Off: 0207−1 | User: cmurphy | Date Created: 2/1/2012 |
|---|---|---|
| Case: 1−12−40715−ess | Form ID: 245 | Total: 18 |

**Recipients of Notice of Electronic Filing:**
tr          Alan Nisselson          anisselson@windelsmarx.com

                                                                                                                               TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Patricia L. Bower          2012 Himrod Street          Ridgewood, NY 11385
smg        NYS Department of Taxation &Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg        NYC Department of Finance          345 Adams Street, 3rd Floor          Attn: Legal Affairs − Devora Cohn          Brooklyn, NY 11201
smg        NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg        United States Trustee          Office of the United States Trustee          271 Cadman Plaza East          Brooklyn, NY 11201
7546463    Bank of America          PO Box 982235          El Paso, TX 79998−2235
7546464    Barneys of New York          PO Box 326          Lyndhurst, NJ 07071−0326
7546465    Charles and Mariellen Bower          213 Schnoebelen Street          Riverside, IA 52327−9663
7546466    Chase Bank USA NA          PO Box 15298          Wilmington, DE 19850−5298
7546467    Department Stores National Bank          Bankruptcy Processing          PO Box 8053          Mason, OH 45040−8053
7546468    Discover Financial Services          PO Box 30943          Salt Lake City, UT 84130−0943
7546469    GE Capital Retail Bank          Bankruptcy Department          PO Box 103104          Roswell, GA 30076−9104
7546471    HSBC Finance Corp          PO Box 10327          Jackson, MS 39289−0327
7546470    HSBC Finance Corp          PO Box 729080          Dallas, TX 75372−9080
7546472    Internal Revenue Service          Holtsville, NY 11742−0480
7546473    Sallie Mae          PO Box 9500          Wilkes−Barre, PA 18773−9500
7546474    Von Maur, Inc          6565 Brady Street          Davenport, IA 52806

                                                                       TOTAL: 17