# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cmurphy | Date Created: 2/1/2012 |
| Case: 1−12−40715−ess | Form ID: 213 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Patricia L. Bower | 2012 Himrod Street Ridgewood, NY 11385 |
| tr | Alan Nisselson | c/o Windels Marx Lane &Mittendorf LLP 156 West 56th Street New York, NY 10019 |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit PO Box 5300 Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor Attn: Legal Affairs − Devora Cohn Brooklyn, NY 11201 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit Bldg. #12, Room 256 Albany, NY 12240 |
| smg | United States Trustee | Office of the United States Trustee 271 Cadman Plaza East Brooklyn, NY 11201 |
| 7546463 | Bank of America | PO Box 982235 El Paso, TX 79998−2235 |
| 7546464 | Barneys of New York | PO Box 326 Lyndhurst, NJ 07071−0326 |
| 7546465 | Charles and Mariellen Bower | 213 Schnoebelen Street Riverside, IA 52327−9663 |
| 7546466 | Chase Bank USA NA | PO Box 15298 Wilmington, DE 19850−5298 |
| 7546467 | Department Stores National Bank | Bankruptcy Processing PO Box 8053 Mason, OH 45040−8053 |
| 7546468 | Discover Financial Services | PO Box 30943 Salt Lake City, UT 84130−0943 |
| 7546469 | GE Capital Retail Bank | Bankruptcy Department PO Box 103104 Roswell, GA 30076−9104 |
| 7546471 | HSBC Finance Corp | PO Box 10327 Jackson, MS 39289−0327 |
| 7546470 | HSBC Finance Corp | PO Box 729080 Dallas, TX 75372−9080 |
| 7546472 | Internal Revenue Service | Holtsville, NY 11742−0480 |
| 7546473 | Sallie Mae | PO Box 9500 Wilkes−Barre, PA 18773−9500 |
| 7546474 | Von Maur, Inc | 6565 Brady Street Davenport, IA 52806 |

TOTAL: 18